## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| MIRANDA T., [1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Civil No. 22-708 (JRT/LIB) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |

_____

David F. Chermol, **CHERMOL & FISHMAN LLC**, 11450 Bustelton Avenue, Philadelphia, Pennsylvania, 19116 for Plaintiff.

Edward C. Olson, **REITAN LAW OFFICE**, 80 South 8th Street, Suite 900, Minneapolis, Minnesota, 55402 for Plaintiff.

Ana H. Voss, **UNITED STATES ATTORNEY'S OFFICE**, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415 for Defendant.

Elvi Jenkins, **SOCIAL SECURITY ADMINISTRATION,** 6401 Security Boulevard, Baltimore Maryland 21235 for Defendant.

Emily Carroll, **SOCIAL SECURITY ADMINISTRATION, OFFICE OF THE GENERAL COUNSEL,** Suite 350, 1301 Young Street, Mailroom 104, Dallas, Texas 75202 for Defendant.

James D. Sides, **SOCIAL SECURITY ADMINISTRATION, OFFICE OF THE GENERAL COUNSEL, OFFICE OF PROGRAM LITIGATION,** Office 4, 6401 Security Boulevard, Baltimore Maryland 21235 for Defendant.

---

1 This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions such as the present Report and Recommendation. Accordingly, where the Court refers to Plaintiff by her name only her first name and last initial are provided.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment, [Docket No. 11], is **GRANTED**;

2. Defendant's Motion for Summary Judgment, [Docket No. 14], is **DENIED**; and

3. The above matter is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the opinion above.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 16, 2022  　　　　　　　s/John R. Tunheim
at Minneapolis, Minnesota  　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　United States District Judge